VALLA & ASSOCIATES, INC., P.C.
Antonio Valla, Esq. (SBN 136256)
Stefano Abbasciano, Esq. (SBN 277680)
Lisa M. Parrish, Esq. (SBN 300499)
333 Bush Street, Suite 2020
San Francisco, CA 94104
E-mail: antonio.valla@vallalaw.com
E-mail: stefano.abbasciano@vallalaw.com
E-mail: lisa.parrish@vallalaw.com

Attorneys for Defendant
OPEN TOP SIGHTSEEING SAN FRANCISCO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR MUNOZ, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>BIG BUS TOURS LIMITED; OPEN TOP SIGHTSEEING SAN FRANCISCO LLC; and DOES 1-200<br><br>Defendants. | **NOTICE OF REMOVAL OF AMENDED COLLECTIVE AND CLASS ACTION UNDER 28 U.S.C. § 1441(a)**<br><br>**(FEDERAL QUESTION)** |

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE NOTHERN DISTRICT OF CALIFORNIA:

PLEASE TAKE NOTICE THAT defendant Open Top Sightseeing San Francisco LLC ("Open Top") hereby removes to this Court the state court action described below. This Court has jurisdiction over the action pursuant to its federal question jurisdiction.

1. On April 20, 2018, a collective and class action was commenced in the Superior Court of the State of California in and for the City and County of San Francisco, entitled Victor Munoz, on behalf of himself and all other similarly situated, Plaintiff vs. Big Bus Tours

-1-

NOTICE OF REMOVAL OF ACTION

Limited; Open Top Sightseeing San Francisco LLC and Does 1-20 Defendants, as case number CGC-18-565969. The complaint was not served upon Open Top at that time.

2. Subsequently, on May 22, 2018, Plaintiff Munoz filed an Amended Collective and Class Action Complaint with the Superior Court of the State of California in and for the City and County of San Francisco. The amended complaint was not served upon Open Top at that time.

3. On August 22, 2018, Open Top's agent for service of process was served with the State Court Action Summons and Amended Collective and Class Action Complaint. This notice is, therefore, timely pursuant to 28 U.S.C. §1446(b).

4. Pursuant to 28 U.S.C. §1446(a), true and correct copies of all process, pleadings, and orders served upon Open Top in the State Court Action are attached to this Notice as **Exhibit A**.

5. The California Superior Court for the City and County of San Francisco is located within the Northern District of California. This Notice of Removal is, therefore, properly filed and venued in this Court pursuant to 28 U.S.C. §1441(a).

6. This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1331, and is one that may be removed to this Court by defendant pursuant to the provisions of 28 U.S.C. §1441(a), in that it arises under the laws of the United States, specifically, the Fair Labor Standards Act ("FLSA"), 29 U.S.C. §201 et. seq. The first cause of action in plaintiff's amended complaint alleges defendant's failure to pay overtime wages and straight time pay, pursuant to the FLSA; in addition, plaintiffs' amended complaint alleges state law claims related to defendant's alleged failure to pay wages owed the plaintiff.

7. Big Bus Tours Limited, a company formed under the laws of the United Kingdom ("Big Bus"), has been named as a defendant in this action. We understand that as of

the date of this notice, Big Bus has not been served with the State Court Action Summons and Amended Collective and Class Action Complaint.

8.   Attached hereto as **Exhibit B** is the true and correct copy of a letter signed by Big Bus consenting to removing the State Court Action to the United States District Court For The Nothern District Of California.

DATED: September 20, 2018     Valla & Associates, Inc., P.C.

By:   /S/ Stefano Abbasciano
      Stefano Abbasciano
      Attorneys for Defendant
      OPEN TOP SIGHTSEEING SAN
      FRANCISCO, LLC