1   THE TIDRICK LAW FIRM LLP
    STEVEN G. TIDRICK, SBN 224760
2   JOEL B. YOUNG, SBN 236662
    1300 Clay Street, Suite 600
3   Oakland, California  94612
    Telephone: (510) 788-5100
4   Facsimile:  (510) 291-3226
    E-mail:    sgt@tidricklaw.com
5   E-mail:    jby@tidricklaw.com

6   Attorneys for Individual and Representative
    Plaintiff VICTOR MUNOZ

7

8                    IN THE UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10  VICTOR MUNOZ, on behalf of himself and       Civil Case No. 3:18-cv-05761-SK
    all others similarly situated,
11                                                **PLAINTIFF'S NOTICE OF RENEWED
                        Plaintiff,                MOTION AND MOTION FOR
12                                                PRELIMINARY APPROVAL OF CLASS
            v.                                    SETTLEMENT; MEMORANDUM OF
13                                                POINTS AND AUTHORITIES**
    BIG BUS TOURS LIMITED; OPEN TOP
14  SIGHTSEEING SAN FRANCISCO, LLC; and           The Honorable Sallie Kim
    DOES 1-20,
15                                                Date:        September 16, 2019
                        Defendants.               Time:        9:30 A.M.
16                                                Courtroom:   Courtroom C, 15th Floor
                                                               450 Golden Gate Avenue
17                                                             San Francisco, California
                                                  Judge:       The Honorable Sallie Kim
18

19

20

21

22

23

24

25

26

27

28

**NOTICE OF MOTION AND MOTION**

TO ALL INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that on September 16, 2019, at 9:30 a.m., or as soon thereafter as the matter may be heard, in Courtroom C of the Northern District of California, San Francisco Division, located at 450 Golden Gate Avenue, San Francisco on the 15th Floor, Plaintiff Victor Munoz ("Plaintiff"), will and hereby does move the Court, pursuant to the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), and Rule 23(c) and (e) of the Federal Rules of Civil Procedure ("Rule 23"), for the following Orders:

1.      Preliminary approval of the Stipulation Re: Class Action Settlement & Release ("Settlement Agreement");

2.      Certification of the Class as defined in the Settlement Agreement for settlement purposes only pursuant to Federal Rules of Civil Procedure 23 and 29 U.S.C. § 216(b);

3.      Appointment of Class Counsel, Steven G. Tidrick, Esq. and Joel Young, Esq. of The Tidrick Law Firm LLP as Settlement Class Counsel, and Plaintiff Victor Munoz as the Settlement Class Representative;

4.      Appointment of CPT Group, Inc. as the settlement administrator, and an order approving the notice, and directing the settlement administrator to distribute to the class the notice pursuant to the procedures set forth in the Settlement Agreement;

5.      An order that the deadline for objections shall be sixty (60) calendar days from the date the Notices are mailed, and that if the 60th day falls on a Sunday or court holiday, the deadline shall be the next business day that is not a Sunday or court holiday;

6.      An order that the deadline for opting out of the settlement shall be sixty (60) calendar days from the date the Notices are mailed, and that if the 60th day falls on a Sunday or court holiday, the deadline shall be the next business day that is not a Sunday or court holiday;

7.      An order that the deadline for Plaintiff to file the motion for service award and attorneys' fees and costs shall be fourteen (14) days before the deadline for objections;

8.      An order setting the deadline for Plaintiff to file the motion for final approval of the settlement agreement for a date approximately 112 days following the preliminary approval of

1

PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT; MEMORANDUM OF POINTS AND AUTHORITIES - *Munoz v. Big Bus Tours Limited et al.*, Civil Case No. 3:18-cv-05761-SK

the settlement agreement;

9.    An order setting the date for the final approval hearing approximately 147 days following the preliminary approval of the settlement agreement; and

10.    An order that the settlement is deemed filed as of the date of preliminary approval for purposes of providing notice to the appropriate officials pursuant to 28 U.S.C. § 1715.

DATED: August 12, 2019                THE TIDRICK LAW FIRM LLP

By:    /s/ Steven G. Tidrick

_____
STEVEN G. TIDRICK, SBN 224760
JOEL B. YOUNG, SBN 236662

Attorneys for Individual and Representative
Plaintiff VICTOR MUNOZ

## MEMORANDUM OF POINTS AND AUTHORITIES

Through this renewed motion, Plaintiff seeks preliminary approval of a proposed $70,000 class settlement and certification of a class and collective action for settlement purposes. Plaintiff also seeks approval of the form of notice to the class, and proposed procedures and time frames regarding notice, requests for exclusion, and objections. Further, Plaintiff requests that the Court set a date for a final approval hearing, along with related deadlines.

Having reviewed the original settlement agreement and Plaintiff's original motion (ECF No. 24), the Court ruled as follows:

> Now before the Court is Plaintiff's motion for preliminary approval of the class action settlement. At the hearing on this motion, the Court questioned the parties why the settlement process required class members submit claims instead of simply issuing checks for payment. The parties did not express strong reasons for requiring class members to submit a claim in order to receive their *pro rata* share of the settlement, and they did not voice objections to omitting this requirement. In light of the small class size and the absence of any substantial justification for requiring class members to submit a claim, the Court finds that class members should not be subjected to this requirement. Therefore, the Court DENIES Plaintiff's motion for preliminary approval. This Order is without prejudice to Plaintiff filing another motion for preliminary approval if the parties omit the requirement to submit a claim.

*See* ECF No. 29.

In response to that ruling, the parties revised the settlement solely to remove the requirement of a claim form. *See* Notice of Revised Settlement, filed herewith. The revised class

2

1  notice is attached as Exhibit 1 to the declaration of Steven G. Tidrick, Esq., filed herewith.

2      The reasons for approval are set forth in the original motion (ECF No. 24) and its

3  supporting documents, which Plaintiff hereby incorporates by reference.

4      To the extent that the Court has any edits to the proposed notice, the settlement agreement

5  authorizes any such edits without any need for the parties to execute a new settlement agreement.

6  *See* Settlement Agreement § 8(c).

7      Accordingly, Plaintiff respectfully asks that the Court approve the revised settlement

8  agreement and the proposed notice; authorize the administrator to distribute the notice to the class

9  members by first class mail; and adopt the proposed timeline for distribution of notice,

10  exclusions, and objections, the schedule for the final approval hearing, and the briefing schedule

11  ahead of that hearing, and enter the proposed order filed herewith.

12  DATED: August 12, 2019                    Respectfully submitted,

13                                            THE TIDRICK LAW FIRM LLP

14                                            By:    /s/ Steven G. Tidrick

15                                            _____
                                              STEVEN G. TIDRICK, SBN 224760
16                                            JOEL B. YOUNG, SBN 236662

17                                            1300 Clay Street, Suite 600
                                              Oakland, California  94612
18                                            Telephone:    (510) 788-5100
                                              Facsimile:    (510) 291-3226
19                                            E-mail:       sgt@tidricklaw.com
                                              E-mail:       jby@tidricklaw.com

20                                            Attorneys for Individual and Representative
                                              Plaintiff VICTOR MUNOZ

21

22

23

24

25

26

27

28

3